FILED 07 MAR '17 11:45 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
PORTLAND     DIVISION

ROBERT G. MODRALL

_(Enter full name of plaintiff(s))_

Plaintiff(s),

v.

OREGON STATE BAR

TROY J WOOD
_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 3:17-CV-379-HZ
_(to be assigned by Clerk of the Court)_

**APPLICATION TO PROCEED**
_IN FORMA PAUPERIS_

I, **ROBERT McDRALL** declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1.    Are you currently incarcerated?    ☐ Yes    ☑ No

If "Yes" state the place of your incarceration: _____

**If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.    Are you currently employed?    ☐ Yes    ☑ No    ☐ Self-employed

a.    If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ _(specify pay period)_

Revised April 11, 2016
Page 1

USDC - Oregon

b.    If the answer is "No," state:

Name of last employer: __THE HOME DEPOT__

Address of last employer: __WASHINGTON, DC__

Date of last employment: __AUGUST 2016__

Amount of take-home salary or wages: $__150__ per __WEEK__ *(specify pay period)*

3.    Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☑ Not applicable

a.  If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ *(specify pay period)*

b.  Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☐ No

Please explain your response below:

_____

_____ N A _____

_____

c.  If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No    If the answer is "No," please explain below:

_____

_____ N A _____

_____

4.    In the past 12 months have you received any money from any of the following sources?

a.    Business, profession or other self-employment  ☐ Yes  ☑ No

If "Yes," state:  Amount received:        $ _____

Amount expected in future:    $ _____

b.    Rent payments, interest, or dividends        ☐ Yes        ☑ No

If "Yes," state:  Amount received:        $ _____

Amount expected in future:    $ _____

c.    Pensions, annuities, or life insurance payments    ☐ Yes    ☑ No

    If "Yes," state:   Amount received:        $ _____

                         Amount expected in future:    $ _____

d.    Disability or workers compensation payments    ☐ Yes    ☑ No

    If "Yes," state:   Amount received:        $ _____

                         Amount expected in future:    $ _____

e.    Gifts or inheritances        ☐ Yes    ☑ No

    If "Yes," state:   Amount received:        $ _____

                         Amount expected in future:    $ _____

f.    Any other sources        ☐ Yes    ☑ No

    If "Yes," state:   Source:    _____

                         Amount received:        $ _____

                         Amount expected in future:    $ _____

5.    Do you have cash or checking or savings accounts?    ☐ Yes    ☑ No
(including prison trust accounts)?

If "Yes," state the total amount:    _____

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes," describe the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____

7.    Do you have any other assets?    ☐ Yes    ☑ No

If "Yes," list the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____
_____

8.    Do you have any housing, transportation, utilities, or loan payments, or other regular monthly
      expenses?        ☑ Yes    ☐ No

      If "Yes," describe and provide the amount of the monthly expense.

      RENT                 $1550
      FOOD                 $ 500
      TRANSPORTATION $ 100

9.    List the persons (or, if under 18, initials only) who are dependent on you for support, state your
      relationship to each person and indicate how much you contribute to their support.

      NA

10.   Do you have any debts or financial obligations?    ☑ Yes    ☐ No

      If "Yes," describe the amounts owed and to whom they are payable.

      STUDENT LOANS        $ 90,000
      MEDICAL              $ 50,000

      If I am incarcerated, I hereby authorize the agency having custody of me to collect from my
trust account and forward to the Clerk of the United States District Court payments toward the full
filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

      I declare under penalty of perjury that the above information is true and correct.

___3/7/17___                    _Robert Maxwell_
DATE                            SIGNATURE OF APPLICANT

                                _ROBERT MAXWELL_
                                PRINTED NAME OF APPLICANT

Revised April 11, 2016
Page 4                                              USDC - Oregon